```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Darri D. Woodhouse,
                                Plaintiffs,

        -against-

Officer Christopher Bosely, et al.,
                                Defendant.

-----------------------------------------------------------------X
```

**ORDER RE STATUS CONFERENCE**

**7:25-cv-1229 KMK-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **September 3, 2025 at 10:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

(1) a brief summary of claims, defenses, and relevant issues;
(2) the basis of subject matter jurisdiction;
(3) the subjects on which discovery may be needed;
(4) any anticipated discovery disputes or sought-after limitations on discovery;
(5) any plans for electronic discovery and ESI protocols;
(6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
(7) any anticipated motions; and
(8) the prospects and timing for early settlement or resolution

**SO ORDERED.**

DATED:   White Plains, New York
         August 12, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge