

**399 KNOLLWOOD ROAD, SUITE 220**
**WHITE PLAINS, NEW YORK 10603**
Tel: 914.997.0555
Fax: 914.997.0550

October 28, 2025

*Via ECF*
Hon. Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *Darri D. Woodhouse v. City of Mount Vernon, et al.* **25-CV-1229 (KMK)(VR)**

Dear Judge Karas,

    As the Court is aware, The Quinn Law Firm PLLC represents Defendants in the above-referenced action. Plaintiff Darri Woodhouse ("Plaintiff") is proceeding *pro se*.

    Defendants write to respectfully request an adjournment of the deadline to submit premotion letters currently due tomorrow, October 29, 2025 and for an adjournment of the Case Management Conference, currently scheduled for November 12, 2025, to dates following the completion of discovery. We apologize to the Court for the last-minute nature of the request.

    The reason for these requests is that the parties are still in discovery. Plaintiff failed to appear for status conferences with Magistrate Judge Reznik on September 3, 2025 and October 1, 2025. As a result, Magistrate Judge Reznik directed the undersigned to make efforts to contact Plaintiff in order to facilitate the progress of discovery. On October 6, 2025, the undersigned successfully reached Plaintiff on the telephone and was able to resolve an issue related to outstanding HIPAA authorizations and discuss his deposition. Defendants updated Magistrate Judge Reznik of the same on October 9, 2025. (D.E. 45).

    The only outstanding discovery item for Defendants is Plaintiff's deposition which is currently scheduled, and confirmed, for November 10, 2025. The parties also have a status conference with Magistrate Judge Reznik on November 6, 2025, at 10:30 am. (D.E. 47). Plaintiff is aware of the conference as the undersigned mailed the Scheduling Order to Plaintiff on October 14, 2025 (D.E. 48) and spoke with him on the telephone about it on October 14, 2025 and October 17, 2025.

    For the reasons set forth above, Defendants respectfully request an adjournment of the deadline to submit premotion letters and an adjournment of the Case Management Conference to

dates after the anticipated completion of Plaintiff's deposition on November 10, 2025. This is Defendants' first request for an adjournment for each item. The undersigned attempted to reach Plaintiff today by telephone for his position but was only able to speak with his daughter and leave a message for Plaintiff. Plaintiff has yet to respond as of the time of this filing.

Defendants thank the Court for its consideration of the instant request and again apologize for the lateness of the application. Should the Court require anything further then please do not hesitate to contact our office.

Respectfully submitted,

The Quinn Law Firm PLLC

*Steven Bushnell*

Steven J. Bushnell, Esq.
The Quinn Law Firm PLLC
399 Knollwood Road, Suite 220
White Plains, New York 10603
Tel: (914) 997-0555
sbushnell@quinnlawny.com

Granted. The conference is adjourned to 12/ 8 /25, at 10:30 The pre-motion letters are moved accordingly. The Clerk is respectfully directed to mail this document to Plaintiff.

So Ordered.

10/28/25

CC:   *Via USPS Mail*
      Darri D. Woodhouse
      *Pro se Plaintiff*
      160 East 4th Street Apt 1C
      Mount Vernon, New York 10550

2