THE QUINN LAW FIRM PLLC
Attorneys Defendants
399 Knollwood Road, Suite 220
White Plains, NY 10603
(914) 997-0555
Attn: Steven J. Bushnell, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRI D. WOODHOUSE,<br><br>Plaintiff,<br><br>-against-<br><br>THE CITY OF MOUNT VERNON, OFFICER CHRISTOPHER BOSLEY #2102, SHEILA MILLER #2013, CODY HOUSEN #2080, FRANK J. CASTILLO #2139, SGT KAREEM LLOYD #1, FORMER MVPD BRANDON P. RIVERA, MICHAEL HUTCHINS #2054, DET. DARIUS MITCHELL #D163, RETIRED DET. ANDY RIVERA,<br><br>Defendants. | 25-CV-1229 (KMK) (VR)<br><br>DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT |

TO: Darri Woodhouse
*Pro se* Plaintiff
160 East 4th Street Apt 1C
Mount Vernon, New York 10550

PLEASE TAKE NOTICE that upon (i) the annexed statement of material facts pursuant to Rule 56.1 of the Local Rules of the United States District Court for the Southern District of New York; (ii) the annexed declaration of Marykate Quinn, Esq., dated May 1, 2026, and the exhibits thereto; (iii) the accompanying memorandum of law, dated May 1, 2026; and (iv) all the prior proceedings herein, Defendants The City of Mount Vernon, Officer Christopher Bosley #2102, Sheila Miller #2013, Cody Housen #2080, Frank J. Castillo #2139, Sgt. Kareem Lloyd #1, Former MVPD Brandon P. Rivera, Michael Hutchins #2054, Det. Darius

Mitchell #D163, and Retired Det. Andy Rivera (collectively, "Defendants"), by their undersigned attorneys, will move this Court, before the Hon. Kenneth M. Karas, on a date convenient to the court, as soon as counsel may be heard, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Defendants summary judgment and dismissing Plaintiff's second amended complaint, with prejudice; and for such other, further and different relief as the Court in its discretion may deem just and proper; and

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's motion scheduling order (ECF Dkt. No. 62), Plaintiff's opposition must be served and filed on or before June 15, 2026, and the reply must be served and filed on or before June 29, 2026.

Dated: White Plains, New York
May 1, 2026

Respectfully submitted,

THE QUINN LAW FIRM PLLC
Attorneys for Defendants

Marykate Quinn, Esq.
399 Knollwood Road, Suite 220
White Plains, NY 10603
(914) 997-0555
mquinn@quinnlawny.com

Defendants failed to file a 56.2 Notice to Plaintiff, who is proceeding pro se, informing him of the consequences of failing to respond to a summary judgment motion, as required by Local Rule 56.2.

Accordingly, Defendants' Motion for Summary Judgment is denied without prejudice. The Clerk of Court is respectfully directed to terminate the pending Motion at Dkt. No. 70.

So ordered.

November 19, 2026

To: *Via* Regular Mail
Pro Se Plaintiff Woodhouse Darri Woodhouse 6542
Westchester County Department of Corrections
10 Woods Road
Valhalla, New York 10595